# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MOHAMMED THABATA,    )
)
    Petitioner,    )
)
v.    )    **Case No. CIV-26-531-J**
)
PAMELA BONDI ET AL.,    )
)
    Respondents.    )

## ORDER

Petitioner's attorney has not filed an entry of appearance in this matter as required by LCvR83.4. It also appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3, which requires association of nonresident counsel with local counsel or a request for the Court to relieve counsel of this requirement.

Counsel shall cure these deficiencies by **March 30, 2026**.

**SO ORDERED** this 25th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE